1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| FINANCE EXPRESS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>NOWCOM CORPORATION, a California Corporation; RUFUS HANKEY, an individual; WESTLAKE SERVICES, INC. d/b/a/ Westlake Financial Services, a California Corporation; HANKEY INVESTMENT COMPANY, L.P., a California limited partnership; DON R. HANKEY, an individual; HANKEY GROUP, an unincorporated association, and DOES 1 through 10, inclusive ,<br><br>       Defendants. | CASE NO.: SACV 07-01225-CJC(ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FINANCE EXPRESS LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   June 16, 2008<br>Time:   1:30 p.m.<br>Place:  Department 9B<br>Judge:  Hon. Cormac. J. Carney |

THIS MATTER comes before the Court upon Plaintiff FINANCE EXPRESS LLC's Motion for Preliminary Injunction Against Nowcom Corporation, Rufus Hankey, Westlake Services, Inc., Hankey Investment Company, L.P., Don R. Hankey and the Hankey Group (collectively, "Defendants").  Having reviewed the materials submitted and heard the argument of counsel, and being fully advised, the Court GRANTS plaintiff's motion and hereby ORDERS as follows:

1. Pending final judgment in this matter, Defendants Nowcom Corporation, Rufus Hankey, Westlake Services, Inc., Hankey Investment Company, L.P., Don R. Hankey and the Hankey Group, and their officers, agents, servants, employees and attorneys, and any persons in active concert or participation with them, shall be and hereby are, effective immediately, enjoined from engaging in any of the following acts:

   a. Registering, maintaining the registration of, operating, owning, promoting, advertising, marketing, and/or utilizing any website whose domain name and/or content utilizes any of Finance Express' marks, including "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express";

   b. Using any of the marks "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express," or any combination of those marks, as meta tags or in buried HTML code; and/or

   c. Purchasing "keywords" containing any of the marks "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express," or any combination of those marks, to drive internet traffic to banner advertisements for Defendants.

2. Defendants shall immediately cause the removal of all online advertisements currently running through Google's AdWords program and/or any similar programs which are linked to the keywords "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express."

1         3.    Within ten (10) days after the entry of this Order, Defendants and any person or entity acting on their behalf shall serve on counsel for Finance Express LLC written verification under oath setting forth the actions taken to comply with the terms herein.

       4.    Based upon the agreement of the parties, Finance Express shall not be required to post any bond pursuant to Federal Rule of Civil Procedure 65(c).

DATED:

                             CORMAC J. CARNEY
                        UNITED STATES DISTRICT JUDGE

Respectfully submitted:

BAKER MARQUART CRONE & HAWXHURST LLP

By: /s/ Ryan G. Baker
    Ryan G. Baker
    Attorneys for Plaintiff
    Finance Express LLC