# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **FINANCE EXPRESS LLC,** | Case No.: SACV 07-01225-CJC(ANx) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF FINANCE EXPRESS LLC'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **NOWCOM CORPORATION,** *et al.*, | |
| Defendants. | |

This matter comes before the Court upon Plaintiff Finance Express LCC's ("Finance Express") motion for a preliminary injunction against Defendants Nowcom Corporation, Rufus Hankey, Don Hankey, Westlake Services, Inc., Hankey Investment Company, L.P., and Hankey Group (collectively "Defendants"). Having reviewed the materials submitted and heard the argument of counsel, and being fully advised, the Court GRANTS Plaintiffs' motion and hereby ORDERS as follows:

1. Pending final judgment in this matter, Defendants and their officers, agents, servants, employees and attorneys, and any persons in active concert or

participation with them, shall be and hereby are, effective immediately, enjoined from engaging in any of the following acts:

    a. Registering, maintaining the registration of, operating, owning, promoting, advertising, marketing, and/or utilizing any website whose domain name utilizes any of Finance Express' marks, including "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express";

    b. Using any of the marks "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express," or any combination of those marks, as meta tags or in buried HTML code; and/or

    c. Purchasing "keywords" containing any of the marks "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express," or any combination of those marks, to drive internet traffic to banner advertisements for Defendants.

2. Defendants shall immediately cause the removal of all online advertisements currently running through Google's AdWords program which are linked to the keywords "Tracker," "TrackerDMS," "DealTrace," and/or "Finance Express."

3. Based on the agreement of the parties, Finance Express shall not be required to post any bond pursuant to Federal Rule of Civil Procedure 65(c).

DATED: July 7, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE