John C. Holmes (120578), jholmes@barwol.com
Richard B. Hopkins, II (190108), rhopkins@barwol.com
Lee A. Cirsch (227668), lcirsch@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants and
Counterclaimant

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| FINANCE EXPRESS LLC, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOWCOM CORPORATION, a California corporation; RUFUS HANKEY, an individual; et al. <br><br> Defendants. <br><br> NOWCOM CORPORATION, a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> FINANCE EXPRESS LLC, a Nevada corporation; and DAVID HUBER, an individual, <br><br> Counterdefendants. | CASE NO.: SACV07-1225 CJC (ANx) <br><br> **[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> Judge:        Hon. Cormac J. Carney |

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to each and every defendant and counterdefendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his, her or its own costs and attorneys' fees.  The Court shall retain jurisdiction over the case with respect to the Consent Judgment and Permanent Injunction stipulated to by the parties.


DATED:  May 11, 2009         _____
                             HONORABLE CORMAC J. CARNEY,
                             UNITED STATES DISTRICT JUDGE